UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELISSA CHINN, | |
| Plaintiff, | |
| v. | C20-995 TSZ |
| WHIDBEY PUBLIC HOSPITAL DISTRICT, | MINUTE ORDER |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court sets an in-court status hearing for Wednesday, September 15, 2021, at 1:00 p.m. The purpose of the hearing is to consider Plaintiff's Motion to Compel Discovery Responses and Deposition Testimony Beyond Discovery Cutoff (docket no. 23). Counsel shall be prepared to discuss the status of discovery in this case and whether adjustment to the trial calendar is necessary.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of September, 2021.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1