UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELISSA CHINN, D.O.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>WHIDBEY PUBLIC HOSPITAL DISTRICT, d/b/a WHIDBEY HEALTH MEDICAL CENTER,<br><br>　　　　　　　Defendant. | C20-995 TSZ<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　　(1)　The parties are DIRECTED to meet and confer and to file a Joint Status Report by Friday, November 5, 2021, indicating (i) any reason why, depending on the state of the pandemic, this case should not be tried remotely using the ZoomGov.com platform, (ii) the estimated number of witnesses each side will call, and (iii) the estimated time to try the case.

　　　(2)　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

　　　Dated this 19th day of October, 2021.

　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　s/Gail Glass
　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1