UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MELISSA CHINN,

        Plaintiff,

v.

WHIDBEY PUBLIC HOSPITAL DISTRICT, d/b/a WHIDBEY HEALTH MEDICAL CENTER,

        Defendant.

C20-995 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court DENIES Plaintiff's request in her surreply, docket no. 62, to strike new evidence and arguments raised in Defendant's reply, docket no. 59. All other extraneous arguments contained in the surreply will not be considered by the Court. *See* LCR 7(g).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of November, 2021.

                                            Ravi Subramanian
                                            Clerk

                                            s/Gail Glass
                                            Deputy Clerk

MINUTE ORDER - 1