UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MELISSA CHINN,

              Plaintiff,

   v.

WHIDBEY PUBLIC HOSPITAL
DISTRICT d/b/a WHIDBEY HEALTH
MEDICAL CENTER,

              Defendant.

C20-995 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    The Motion for Partial Summary Judgment, docket no. 46, filed by Defendant Whidbey Public Hospital District d/b/a Whidbey Health Medical Center ("Whidbey Health") is DENIED in part and DEFERRED in part. With respect to Whidbey Health's arguments on Plaintiff Melissa Chinn, D.O.'s state and federal race/national origin discrimination causes of action, Whidbey Health's Motion is DENIED. Genuine disputes of material fact preclude summary judgment. See Fed. R. Civ. P. 56(a). The Court DEFERS ruling on the portions of Whidbey Health's Motion relating to the state and federal pay disparity causes of action, the punitive damages claim, and all lost income damages.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 22nd day of November, 2021.

                                    Ravi Subramanian
                                    Clerk

                                    s/Gail Glass
                                    Deputy Clerk