UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELISSA CHINN, | |
| Plaintiff, | |
| v. | C20-995 TSZ |
| WHIDBEY PUBLIC HOSPITAL DISTRICT d/b/a WHIDBEY HEALTH MEDICAL CENTER, | MINUTE ORDER |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court, having deferred portions of Defendant's motion for partial summary judgment, docket no. 46, motion to exclude the testimony of Plaintiff's expert Dr. Laurie Rudman, docket no. 33, and motion to limit the testimony of Plaintiff's expert Douglas McDaniel, docket no. 35, concludes that oral argument will aid the Court's decisional process on the deferred portions of the motions and hereby SETS oral argument, which will take place in court, for **Tuesday, December 14, 2021 at 10:30 a.m.**

(2) Counsel shall be prepared to address at oral argument whether or to what extent Dr. Rudman may testify about how the social framework that she describes applies to the facts of this case, the questions concerning mitigation through self-employment raised in *Carden v. Westinghouse Elec. Corp.*, 850 F.2d 996, 1005–06 (3d Cir. 1988) as they relate to the facts of this case, and the evidence that supports Plaintiff's claim for lost income damages. Counsel shall also be prepared to address the anticipated length of trial and number of witnesses who will testify at trial.

MINUTE ORDER - 1

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of November, 2021.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2