UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MELISSA CHINN,

               Plaintiff,

  v.

WHIDBEY PUBLIC HOSPITAL DISTRICT d/b/a WHIDBEY HEALTH MEDICAL CENTER,

               Defendant.

C20-995 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) On December 6, 2021, the Court received a voicemail from Plaintiff's Counsel's legal assistant regarding deposition designations. Counsel are advised that deposition designations are required only if the witness will testify solely by deposition. If a deposition will be used merely for impeachment purposes (or to refresh a witness's recollection), designations are not necessary. Counsel shall provide color-coded and bound courtesy copies of the entire transcript of any deposition being offered in lieu of live testimony. Counsel may agree among themselves concerning the colors used to highlight the depositions, however, the colors must be consistent among all depositions.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of December, 2021.

                                                     Ravi Subramanian
                                                   Clerk

                                                   s/Gail Glass
                                                   Deputy Clerk

MINUTE ORDER - 1